UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY L. THOMPSON,
                    Plaintiff,

-v-

TOWHEE CAB CORP, *et al.*,
                    Defendants.

16-CV-9872 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

The Court had previously stayed this case because Defendants' insurer was in liquidation and there was a state court order staying all matters on behalf of the insurance company's insureds. (Dkt. No. 10.) Plaintiff's counsel now informs the Court that the state court stay has been lifted. (Dkt. No. 13.)

Accordingly, the stay of this case is lifted. Plaintiff is directed to serve Defendants within 30 days from the date of this order. Defendants are directed to file an appearance within 14 days from the date of service. The parties are further directed to file a joint letter to the Court within 30 days from the date of service, outlining their proposals on how to proceed with this action.

The Clerk of Court is directed to lift the stay and to reinstate this case.

SO ORDERED.

Dated: April 24, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge